In the Matter of the Construction of the Will of JESSIE E. GRANTHAM, Deceased. CHARLES A. LOTT, as Executor of ETHAL M. LOTT, Deceased, Appellant; ESTHER MARGULIES, as Executrix of JESSIE E. GRANTHAM, Deceased, et al., Respondents.—

Para-
graph " Third " of the will does not describe or refer to any property which
is to be given nor does it mention or describe who is to receive it. Whatever
the intention of the testatrix may have been she has failed to express it.
Adel, Sneed, Wenzel and MacCrate, JJ., concur; Johnston, Acting P. J., con-
curs in the dismissal of the appeal from the decree entered April 19, 1951, but
dissents from the modification of the decree entered December 29, 1950, and
votes to affirm. (*Matter of Selner,* 261 App. Div. 618, affd. 287 N. Y. 664;
*Masterson* v. *Townshend,* 123 N. Y. 458.)